Case 1:23-cv-00146   Document 37   Filed on 06/16/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN ALBAUGH, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-146 |
| WIND ACCESS ENGINEERING, INC., *et al.*, | § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

The Court previously adopted the Magistrate Judge's Report and Recommendation (Doc. 32) and dismissed Plaintiff Justin Albaugh's causes of action against Defendant Wind Access Engineering, Inc. (*See* Order and Opinion, Doc. 36)

As a result, Plaintiff Justin Albaugh takes nothing by his lawsuit against Defendant Wind Access Engineering, Inc.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on June 16, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge